## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | |
|---|---|
| WILFRED DREXAL DAVIS, | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:11-cv-00213-SWW-JJV |
| MIKE ALLEN, Sheriff, Crittenden County; *et al.*, | * |
| Defendants. | * |

### ORDER

1. Service is appropriate for Defendants Mike Allen, Ronald Coleman, Sgt. Mobley, and Teresa Bonner.

2. The Clerk of the Court shall prepare Summons for Defendants.

3. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 15th day of August, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE