**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILFRED DREXAL DAVIS                                                                          PLAINTIFF

v.                                              3:11-cv-00213-SWW-JJV

MIKE ALLEN, Sheriff,
Crittenden County; *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 21) is GRANTED and Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and an accompanying Judgment would not be taken in good faith.

DATED this 13th day of November, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE