**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILFRED DREXAL DAVIS                                                                    PLAINTIFF

v.                                            3:11-cv-00213-SWW-JJV

MIKE ALLEN, Sheriff,
Crittenden County; *et al.*                                                            DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 13th day of November, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE